JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DOLORES MEZA VALLEJO,

Plaintiff,

vs.

FRANK BISIGNANO
Commissioner of Social Security,

Defendant.

No. 5:26-cv-02314-ACCV

[~~PROPOSED~~] JUDGMENT

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 11/16/26

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge